QUINN EMANUEL URQUHART & SULLIVAN, LLP
Karin Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant Pfizer Inc.

JACKSON ALLEN & WILLIAMS, LLP
Jennifer Williams (CA SBN 290015)
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, TX   75219
214.521.2300 telephone
214.452.5637 facsimile

Attorneys for Plaintiffs

Wheeler Trigg O'Donnell LLP
Emma Elizabeth Garrison
garrison@wtotrial.com
370 Seventeenth St., Suite 4500
Denver, CO 80202
Tel: (303) 244-1800
Fax: (303) 244-1879

Attorneys for McKesson Corp.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA LITTLE, et al., | CASE NO.: 3:14-cv-01177-EMC |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING RULING IN CENTRAL DISTRICT ACTIONS** |
| PFIZER INC., et al., | |
| Defendants. | |

1
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY

This case was remanded from the Lipitor MDL in the District of South Carolina for this Court to determine whether subject matter jurisdiction exists under the "mass action" provisions of the Class Action Fairness Act (CAFA), 28 U.S.C. § 1332(d)(11).

More than 4,000 Plaintiffs have also been remanded from the Lipitor MDL to the Central District of California. Attached as Exhibit A to this Joint Stipulation and [Proposed] Order to Stay is the briefing schedule entered by Judge Cormac J. Carney of the Central District of California in similarly situated Lipitor personal injury claims. The issue in the cases subject to Judge Carney's briefing schedule, as here, is whether there is federal subject matter jurisdiction under CAFA's mass action provision.

The parties to this action agree that, in the interest of judicial economy, a stay of proceedings in this Court is warranted pending a decision by Judge Carney on the issue of subject matter jurisdiction under CAFA.

It is hereby STIPULATED AND AGREED by and between the parties that in the interest of judicial economy, this Court should stay proceedings in this action pending a decision by Judge Carney on the existence of subject matter jurisdiction under CAFA.

Dated: March 1, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Karin Kramer
          Karin Kramer

*Attorneys for Pfizer Inc.*

|     |                                              |
| --- | -------------------------------------------- |
| 1   | JACKSON ALLEN & WILLIAMS, LLP                |
| 2   |                                              |
| 3   | By:   /s/ Jennifer Williams                  |
|     |             Jennifer Williams                |
| 4   |                                              |
| 5   | *Attorneys for Plaintiffs*                   |
|     | WHEELER TRIGG O'DONNELL LLP                  |
| 6   |                                              |
| 7   | By:   /s/ Emma Elizabeth Garrison            |
| 8   |             Emma Elizabeth Garrison          |
| 9   | *Attorneys for McKesson Corp.*               |

10  IT IS SO ORDERED. CMC reset for 6/29/17 at 9:30 a.m.  An updated
11                    joint CMC statement shall be filed by 6/22/17.

_____
Hon. Edward M. Chen, U.S.D.J.

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
JOINT STIPULATION AND [PROPOSED] ORDER TO STAY