UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE PETERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-01196-TEH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Little v. Pfizer Inc.*, Case No. 14-cv-01177-EMC.

**IT IS SO ORDERED.**

Dated:   03/14/17                                        _____
                                                                              THELTON E. HENDERSON
                                                                              United States District Judge

United States District Court
Northern District of California